NUMBER 13-03-538-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

ROBERT LOUIS TAYLOR,                                                   Appellant,

v.
 
THE STATE OF TEXAS,      Appellee.
___________________________________________________________________

On appeal from the County Court of Lavaca County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza 
Opinion Per Curiam


         Appellant, Robert Louis Taylor, pleaded not guilty to the misdemeanor offense
of driving without a driver’s license. See Tex. Transp. Code Ann. § 521.021 (Vernon
A municipal court judge found appellant guilty and assessed a fine of $90.00. 
Appellant appealed to the county court at law, which affirmed the conviction and
assessed a fine of $93.25. This appeal ensued. The State contends that this Court
lacks jurisdiction over the appeal. We agree.
         This Court does not have jurisdiction over appeals taken from an inferior court
to a county court at law when the fine assessed by the county court at law does not
exceed $100.00, unless the sole issue raised on appeal is the constitutionality of the
statute or ordinance on which the conviction is based. See Tex. Code Crim. Proc.
Ann. art. 4.03 (Vernon Supp. 2004); Boyd v. State, 11 S.W.3d 324, 325 (Tex.
App.–Houston [14th Dist.] 1999, no pet.). Although appellant couches several of his
issues in terms of the due course of law and due process of law, appellant does not
attack the constitutionality of the statute under which he was convicted. Accordingly,
the appeal is dismissed for want of jurisdiction.
 
                                                                        PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and
filed this the 17th day of June, 2004.